NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC,**

*Plaintiff-Appellant*

**v.**

**RICOH USA, INC.,**

*Defendant-Appellee*

---

2021-2340

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:19-cv-00514-JDW, Judge Joshua D. Wolson.

---

## JUDGMENT

---

PAUL J. ANDRE, Kramer Levin Naftalis & Frankel LLP, Redwood Shores, CA, argued for plaintiff-appellant. Also represented by LISA KOBIALKA; MARK BAGHDASSARIAN, New York, NY.

RYAN K. WALSH, Jones Day, Atlanta, GA, argued for defendant-appellee. Also represented by GEOFFREY K. GAVIN, PARTH MATALIA; JENNIFER L. SWIZE, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court